

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00284-CV

**IN THE ESTATE OF** Ronald Craig **BURNS**, Deceased

From the County Court, Karnes County, Texas
Trial Court No. 2017-006047
Honorable Polly Jackson Spencer, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellees recover their costs of appeal from appellants.

SIGNED January 22, 2020.

Sandee Bryan Marion, Chief Justice